# EXHIBIT B

# EXHIBIT B





































































